IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **MARK AVERY RAINES,** | : | |
| | : | |
| Petitioner, | : | 7:06-CV-9 (CAR) |
| | : | Petition under 28 U.S.C. § 2255 |
| | : | |
| vs. | : | 7:02-CR-11-2 (CAR) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 139] that Petitioner Raines's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied. Petitioner filed a timely Objection to the Recommendation [Doc. 144].

Having considered all of the briefs of the parties, the United States Magistrate Judge's Report and Recommendation, and Plaintiff's Objection thereto, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation that Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 31st day of October, 2006.

        /s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA

EHE/aeg